425 A.2d 10

Commonwealth v. Toth, Appellant.

Lawrence B. Fox, for appellant; Allan B. Goodman, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, ROBINSON and LOUIK, JJ.*

Judgment of sentence affirmed.

425 A.2d 11

Commonwealth v. Velasquez, Appellant.

Submitted March 23, 1979. Ronald F. O'Driscoll, Assistant Public Defender, for appellant; James A. Cunningham, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

The order revoking probation and the judgment of sentence are affirmed.

* President Judge Otto P. Robinson of the Court of Common Pleas of Lackawanna County, Pennsylvania, and Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, are sitting by designation. This decision was reached following the death of Robinson, J.